IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

PATRICIA L. WALKER,

      Plaintiff,

v.

STATE OF GEORGIA,

      Defendant.

CIVIL ACTION NO.
1:14-CV-933-TWT

## MAGISTRATE JUDGE'S FINAL ORDER AND REPORT AND RECOMMENDATION

Plaintiff, acting pro se, seeks leave to file this civil action in forma pauperis, without prepayment of fees and costs or security therefor, pursuant to 28 U.S.C. § 1915(a)(1). Docket Entry [1]. The affidavit of poverty indicates that Plaintiff is unable to pay the filing fee or incur the costs of these proceedings. Thus, the requirements of 28 U.S.C. § 1915(a)(1) have been satisfied, and Plaintiff's request to proceed in forma pauperis **IS HEREBY GRANTED**. Therefore, this action shall proceed as any other civil action, and Plaintiff shall be allowed to proceed without prepayment of a filing fee.

Because Plaintiff is proceeding without paying filing fees, however, the Court shall consider the frivolity of Plaintiff's complaint pursuant to 25 U.S.C. § 1915(e)(2). Section 1915(e)(2) provides that a federal court is required to dismiss an in forma pauperis complaint at any time if the court determines that the allegation of poverty is untrue, or that the action (1) is frivolous or malicious, (2) fails to state a claim on which relief may be granted, or (3) seeks monetary relief against a defendant who is immune

from such relief.  A claim is frivolous when it appears from the face of the complaint that the factual allegations are "clearly baseless" or that the legal theories are "indisputably meritless."  Carroll v. Gross, 984 F.2d 392, 393 (11th Cir. 1993), cert. denied, 510 U.S. 893 (1993).  Additionally, a complaint that is grounded on fanciful, delusional, or fantastic allegations is indisputably meritless and consequently, frivolous.  See Denton v. Hernandez, 504 U.S. 25, 32-33 (1992).  In this case, the allegations of Plaintiff's Complaint are fanciful and delusional.  Because Plaintiff's Complaint does not contain any arguable basis in law or in fact, it is frivolous, and fails to state a claim, it should be **DISMISSED** pursuant to 28 U.S.C. §§ 1915(e)(2)(B)(i)-(ii).  As this is a final Report and Recommendation and there are no other matters pending before this Court, the Clerk is directed to terminate the reference to the undersigned.

**SO ORDERED and REPORTED AND RECOMMENDED**, this ____11____ day of April, 2014.

LINDA T. WALKER
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev.8/82)